IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                              Case No: 3:97cr130/RV
                                            3:05cv140/RV/MD

HAROLD DENSON

_____

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 21, 2005. The defendant previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

      Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now ORDERED as follows:

      1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.    The motion to vacate, set aside, or correct sentence pursuant to 18 U.S.C. § 2255 (doc. 131) is summarily DISMISSED as successive.

      DONE AND ORDERED this 9th day of May, 2005.

                                               /s/ _Roger Vinson_
                                               **ROGER VINSON**
                                               **SENIOR UNITED STATES DISTRICT JUDGE**